tiorari in this case was denied on the ground that it was not filed in time. Petitioner now moves for a rehearing on the ground that its petition arrived in the Clerk's office on the afternoon of the day before it was filed, in seasonable time. Without considering or deciding this question the Court has examined the petition on its merits and denies it. *Mr. Maurice C. Spratt* for petitioner. *Mr. Edward H. Letchworth* for respondent. [See *ante*, 724.]

No. 636. THEODORE ARENZ, BANKRUPT, *v.* ASTORIA SAVINGS BANK. November 20, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Alfred A. Hampson* for petitioner. No appearance for respondent.

No. 643. J. H. REEVES, TRUSTEE, ETC., *v.* McWILLIAMS COMPANY ET AL. November 20, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. F. E. Mullinix* for petitioner. *Mr. L. C. Going* for respondents.

No 644. OLIVER J. OLSEN ET AL. *v.* FRANK CAMPBELL ET AL. November 20, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. William F. Sullivan* for petitioners. *Mr. H. W. Hutton* for respondents.

No. 645. SUE M. JERNIGAN, ADMINISTRATRIX, ETC., *v.* JAMES C. DAVIS, FEDERAL AGENT. November 20, 1922. Petition for a writ of certiorari to the Supreme Court of the State of Tennessee denied. *Mr. Arthur Crownover* and *Mr. Floyd Estill* for petitioner. *Mr. Fitzgerald Hall* for respondent.